IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-482-D

| | |
|---|---|
| EDWIN CASTRO,<br><br>           Plaintiff,<br><br>      - v. -<br><br>TDS FINANCIAL, LLC d/b/a Apex Capital Consulting,<br><br>           Defendant. | **ORDER FOR<br>ENTRY OF DEFAULT** |

IT APPEARING THAT:

1. Plaintiff Edwin Castro filed the Complaint in this action on October 30, 2019, ECF No. 1;

2. Plaintiff served the Complaint and Summons in this action on Defendant on November 5, 2019; ECF No. 8 ¶ 2;

3. Defendant has not filed an answer or other paper or motion allowed by Rule 12 of the Federal Rules of Civil Procedure within the time allowed by Rule 12;

4. Plaintiff filed his Motion for Entry of Default on December 3, 2019, and served that Motion upon Defendant on that same date, ECF No. 9;

5. The twenty-one-day period specified in Local Rule 55.1 and Local Rule 7.1(f)(1) expired on December 24, 2019;

6.  Defendant TDS Financial has not responded to Plaintiff's Motion for Entry of Default;

The Clerk of Court now enters default against Defendant TDS Financial LLC.

SO ORDERED, this the ___6___ day of January, 2020.

_____
Clerk of Court
U.S. District Court, Eastern District of North Carolina